## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LEXOS MEDIA IP, LLC,

        Plaintiff,

    vs.                           Case No. 2:22-cv-2324-JAR-ADM

OVERSTOCK.COM, INC.,

        Defendant.

---

### Response to Show Cause Order, Doc. 213

Pursuant to this Court's Order dated December 15, 2025, Doc. 213, each attorney listed on the signature blocks of the briefs filed as Docs. 193 and 194 for Plaintiff Lexos Media IP, LLC submit the attached declarations:

| | |
|---|---|
| Exhibit 1 | Declaration of Sandeep Seth |
| Exhibit 2 | Declaration of David R. Cooper |
| Exhibit 3 | Declaration of Michael Doell |
| Exhibit 4 | Declaration of Kenneth P. Kula |
| Exhibit 5 | Declaration of Christopher M. Joe |

1

FISHER, PATTERSON, SAYLER & SMITH, LLP

s/David R. Cooper
David R. Cooper                    KS #16690
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com
and

BUETHER JOE & COUNSELORS, LLC
Christopher M. Joe, *pro hac vice*
Chris.Joe@BJCIPLaw.com
Kenneth P. Kula, *pro hac vice*          KS #16372
Ken.Kula@BJCIPLaw.com
Michael W. Doell, *pro hac vice*
Mike.Doell@BJCIPLaw.com
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Tel: (214) 466-1271 | Fax: (214) 635-1827
and

SETHLAW PLLC
Sandeep Seth, *pro hac vice*
ss@sethlaw.com
700 Milam Street, Suite 1300
Houston, Texas 77002
Tel: (713) 244-5017 | Fax: (7813) 244-5018
ATTORNEYS FOR PLAINTIFF
LEXOS MEDIA IP, LLC

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on January 5, 2026, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record

s/David R. Cooper

2